UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT G. HAWK,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, *et al.*,<br><br>Defendants. | Case No. C26-5499-JHC-SKV<br><br>REPORT AND RECOMMENDATION |

This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff is currently confined at the Pierce County Jail ("the Jail") in Tacoma, Washington. On May 14, 2026, Plaintiff submitted to the Court for filing a civil rights complaint and an application to proceed with this action *in forma pauperis*. *See* Dkt. 1. Plaintiff set forth two claims in his proposed complaint, both arising out of the conditions of his confinement at the Jail, and he alleged violations of his rights under the Fourteenth Amendment, the Washington State Constitution, and the Americans with Disabilities Act ("ADA"). *See* Dkt. 1-1 at 4-7.

Plaintiff alleged in the first count of his complaint that he is housed in an upstairs unit at the Jail, and that his age and physical condition make traversing the stairs dangerous and painful. Dkt. 1-1 at 4-5. Plaintiff claimed that he cannot be housed anywhere else in the Jail because of

the nature of his charges and that "sooner or later" he will fall and injure himself or even die. *See id*. at 5. He asserted that keeping him in jail is a "potential death sentence," and constitutes deliberate indifference to a serious medical need. *Id.* at 6. Plaintiff alleged in the second count of his complaint that he has been homeless his entire life and is in extremely poor health. *Id.* at 6. He asserted that he has breathing problems and is immunocompromised, and that he is therefore susceptible to various viruses circulating within the Jail. *Id.* Plaintiff asserted that defendants are violating his rights by risking his life at the Jail. *Id.* at 7.

Plaintiff identified Pierce County and the Chief of the Jail as Defendants in his complaint. *See* Dkt. 1-1 at 1, 3. He requested release from custody and punitive damages in an unspecified amount should he die or suffer serious injury while in custody. *Id.* at 8.

After reviewing Plaintiff's proposed complaint, this Court concluded that Plaintiff had not adequately stated a claim upon which relief could be granted. Thus, on June 15, 2026, the Court issued an Order declining to serve the proposed complaint in which it explained the specific deficiencies in Plaintiff's pleading.[1] Dkt. 6. Plaintiff was given thirty days to file an amended complaint correcting the noted deficiencies and was advised that if he failed to do so the Court would recommend this action be dismissed pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B). *Id.* at 9. To date, Plaintiff has filed no amended complaint.

Because Plaintiff failed to adequately state any claim for relief in his original complaint, and because he has not filed an amended complaint correcting the deficiencies previously identified by the Court, this action must be dismissed. Accordingly, this Court recommends that Plaintiff's proposed complaint and this action be dismissed without prejudice pursuant to 28

[1] The Court conditionally granted Plaintiff's application to proceed *in forma pauperis* on the same date. Dkt. 5.

U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Court further recommends that this dismissal be counted as a strike under 28 U.S.C. § 1915(g). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 2, 2026**.

DATED this 11th day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge