UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT G. HAWK,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, *et al.*,<br><br>Defendants. | Case No. C26-5499-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed de novo the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 7), and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (Dkt. 1-1) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

//

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 2nd day of October, 2026.

JOHN H. CHUN
United States District Judge